UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              15 MJ 7218 JCB

MUHAMMAD SALEEM IQBAL

MOTION TO MODIFY CONDITIONS OF RELEASE

Muhammad Saleem Iqbal, by his attorney, moves that this Court modify the condition of pretrial release requiring him to post a $250,000 bond secured by real property, bond to be posted with the Court by December 31, 2015.

Mr. Iqbal submits that an unsecured bond is all that should be required as a condition and further submits that he is unable to satisfy the condition of release currently set by the Court.

Counsel has conferred with AUSA Stephen Heymann who opposes this motion; the parties request hearing be set for Tuesday, December 29, 2015.

                                        MUHAMMAD SALEEM IQBAL
                                        By his attorney,

                                        *Elliot M. Weinstein*

                                        Elliot M. Weinstein
                                        83 Atlantic Avenue
                                        Boston, MA  02110
                                        617-367-9334

I certify that I have served a copy of this pleading via ECF system.

*Elliot M. Weinstein*